UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 21-7614-JFW(MRWx)**                                   Date:  January 20, 2022

Title:   Oscar Garcia Lopez -v- FCA US LLC, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                None

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA [filed 12/16/2021; Docket No. 19]

On December 16, 2021, Plaintiff Oscar Garcia Lopez ("Plaintiff") filed a Motion for Remand to Superior Court of California.  On December 27, 2021, Defendant FCA US LLC ("Defendant") filed its Opposition.  On January 10, 2022, Plaintiff filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for January 24, 2022 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

The Court's Standing Order, filed on October 8, 2021 (Docket No. 9), provides in relevant part:  "Not more than two days after the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record."  Standing Order, § 5(f).  Although Plaintiff filed the required Proposed Statement of Decision, Defendant failed to timely file and still has not filed the required Proposed Statement of Decision.

Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ."  In addition, the Standing Order expressly provides that the "[f]ailure to lodge the Proposed Statement will result in the denial or granting of the motion."  Standing Order, § 5(f).  Accordingly, due to Defendant's failure to file the Proposed Statement of Decision, Plaintiff's Motion for Remand to Superior Court of California is **GRANTED.**  This action is **REMANDED** to Los Angeles County Superior Court.

IT IS SO ORDERED.